UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAREN GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV322 HEA |
| ) | |
| BANKERS LIFE and CASUALTY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on defendant American Bankers Insurance Company's Motion for More Definite Statement, [Doc. No. 13]. Defendant seeks a more definite statement requesting additional facts, such as plaintiffs' decedent's full name, including middle names, his social security number, the policy number and the date(s) and means of any claims made on the credit life policy, which is the subject of this suit.

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, plaintiffs need not plead facts which support their claims. Rather, all that is required in this Court is that the complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends and a short and plain statement of the claim showing that plaintiffs are entitled to relief. The complaint herein satisfies these requirements.

The complaint, as stated, notifies defendant of the claim plaintiffs are making against it. As plaintiffs correctly argue, the information defendant seeks may be obtained through discovery in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion for More Definite Statement, [Doc. No. 13], is denied.

**IT IS FURTHER ORDERED** that defendant American Bankers Insurance Company is given 20 days from the date of this Order to file a responsive pleading in this matter.

Dated this 24th day of August, 2006.

_____
   HENRY EDWARD AUTREY
  UNITED STATES DISTRICT JUDGE